108 A.3d 1279

**Dwayne JONES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 172 EM 2014.**

Supreme Court of Pennsylvania.

Jan. 27, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.**

The common pleas court is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days.